**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 03-50069-01 |
| | CIVIL ACTION NO. 15-2028 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DAVID JACOB HENDERSON | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court is now considering Petitioner David Jacob Henderson's ("Petitioner") "Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255" (Record Document 41) and his "Second Supplemental Motion to Vacate under 28 U.S.C. § 2255" (Record Document 57). The Government filed its "Answer" to Petitioner's Motion on September 1, 2015 (Record Document 45), accompanied by a memorandum in support in which it argued Johnson v. United States, -- U.S. --,135 S. Ct. 2551 (2015), did not apply retroactively on collateral review before briefly addressing whether Petitioner was entitled to relief under Johnson. See Record Document 45-1 at 5-8. In light of the Supreme Court's decision in Welch v. United States, -- U.S. --, 165 S.Ct. 1257, 1268 (2016), holding that Johnson does, in fact, apply retroactively on collateral review,

**IT IS ORDERED** that the Government submit a response to Petitioner's original and supplemental motions to vacate (Record Documents 41 and 57) **no later than April 30, 2018**. Particularly, the Court orders the Government to address whether Petitioner's prior state convictions of "Simple Burglary" (La. R.S. 14:62) and "Second Degree Battery" (La. R.S. 14:34.1) qualify as a "violent felony" pursuant to 18 U.S.C. § 924(e)(2)(B).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of April, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT


_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT